# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAURIE B. HEBERT,
INDIVIDUALLY AND KEVIN
HEBERT, INDIVIDUALLY AND ON
BEHALF OF HIS MINOR SON,
ROBERT SETH HEBERT

VERSUS

LOUISIANA STATE UNIVERSITY
SYSTEM BOARD OF SUPERVISORS
THROUGH LOUISIANA STATE
UNIVERSITY AND TRAVELERS
INDEMNITY COMPANY OF
CONNECTICUT

NO.   2022 CW 1032

DECEMBER 1, 2022

---

In Re:   State of Louisiana through the Board of Supervisors for the Louisiana State University Agricultural and Mechanical College, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 653161.

---

BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.

**WRIT DENIED.**

VGW
JMG
EW

COURT OF APPEAL, FIRST CIRCUIT

*a.S~*

_____
DEPUTY CLERK OF COURT
   FOR THE COURT